NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**CONFIDENTIAL INFORMANT 59-05071,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

_____

2018-1294

_____

Appeal from the United States Court of Federal Claims in No. 1:11-cv-00153-EDK, Judge Elaine Kaplan.

_____

## JUDGMENT

_____

T. SCOTT TUFTS, Tufts Law Firm, PLLC, Altamonte Springs, FL, argued for plaintiff-appellant.

SHERYL L. FLOYD, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by ROBERT EDWARD KIRSCHMAN, JR., FRANKLIN E. WHITE, JR., JOSEPH H. HUNT.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (WALLACH, CLEVENGER, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 7, 2018
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court